442 A.2d 359

Commonwealth v. Kozminski, Appellant.

Submitted March 17, 1980. Michael Yanoff, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, CAVANAUGH and WATKINS, JJ.

Order affirmed.

442 A.2d 359

Commonwealth v. Leymeister, Appellant.

Submitted February 18, 1981. Frank R. Cori, Public Defender, for appellant; Richard B. Russell, District Attorney, for Commonwealth, appellee.

Before PRICE, MONTEMURO and VAN der VOORT, JJ.

Judgment of sentence affirmed.